IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOMANI JAHI BROADNAX,

    Plaintiff,

  v.

CONTRA COSTA COUNTY,

    Defendant.

No. C 13-05319 WHA

**REQUEST FOR ADDITIONAL BRIEFING**

    The petition for a writ of habeas corpus asserts that petitioner is challenging his custody under a state court indictment, rather than a conviction or sentence. In the petition, under the category dates and terms of sentence, petitioner stated: "Awaiting Trial. This is a double jeopardy claim" (Pet. 2).

    There is a question of whether this Court has subject-matter jurisdiction to hear this case (even though petitioner has subsequently been convicted and sentenced). Section 2254(a) states that "a district court shall entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a state court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."

    While it is uncontested that petitioner was in custody when he filed his petition, it is unclear whether the state court's denial of petitioner's motion to dismiss the indictment, based on double jeopardy grounds, constitutes a state court judgement under Section 2254.

    The parties shall brief the issue of subject-matter jurisdiction, in **FIVE PAGES OR LESS, BY NOON ON FEBRUARY 6, 2015.**

Dated: January 30, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE