IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOMANI JAHI BROADNAX,

    Plaintiff,

v.

DAVID LIVINGSTON, Contra Costa County Sheriff,

    Defendant.

No. C 13-05319 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying petitioner's motion for habeas relief, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 10, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE