IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOMANI JAHI BROADNAX,

    Plaintiff,

  v.

DAVID LIVINGSTON, Contra Costa County Sheriff,

    Defendant.

                                              /

No. C 13-05319 WHA

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

This is a habeas case under 28 U.S.C. 2254 filed by a state prisoner represented by counsel. The petition was denied on its merits in an order dated February 10, 2015. Judgment was entered that day. Petitioner now moves for a certificate of appealability ("COA").

A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). *See* 28 U.S.C. 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(2). The certificate must indicate which issues satisfy this standard. "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy Section 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000). For the reasons set out

1  in the ruling on the petition (Dkt. No. 9), jurists of reason would not find the result debatable or
2  wrong.  The motion for a certificate of appealability (Dkt. No. 11) is **DENIED**.

4      **IT IS SO ORDERED.**

6  Dated:  February 19, 2015.



                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California